# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1070

_____

Calvin Allen, doing business    *
as Brick House Productions,    *
   *
       Appellant,    *
   *   Appeal from the United States
     v.    *   District Court for the Eastern
   *   District of Missouri.
State of Missouri, Department of    *
Public Safety, Div. of Liquor Control;    *   [UNPUBLISHED]
Jim Anderson, Individually; City of    *
Kennett, Missouri; City Counsel,    *
Kennett, Missouri; Charles D. Brown,    *
Individual and Official Capacity;    *
Terry M. McVey, Individual and    *
Official Capacity; Ronnie Morgan,    *
   *
       Appellees.    *

_____

Submitted: July 5, 2007
Filed: July 10, 2007

_____

Before COLLOTON, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Calvin Allen appeals the district court's[1] adverse judgment in his action brought under 42 U.S.C. §§ 1981, 1983, and 1985 for the denial of a liquor license. Following careful review, see *Casazza v. Kiser*, 313 F.3d 414, 418 (8th Cir. 2002) (de novo review of dismissal); *Dulany v. Carnahan*, 132 F.3d 1234, 1237 (8th Cir. 1997) (de novo review of summary judgment), we affirm for the reasons stated by the district court. *See* 8th Cir. R. 47B. We do not consider Allen's tendered "Motion to Vacate, Set Aside, and Remand Summary Judgment Request Oral Argument," and order that it be stricken.

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.